UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BODYBUILDING.COM, LLC<br>(also doing business as Bodybuilding.com, Higher Power and Higher Power Nutrition),<br><br>Defendant. | Case No. 1:12-cr-00115-BLW<br><br>**REPORT AND RECOMMENDATION** |

On May 22, 2012, Defendant BODYBUILDING.COM, LLC, by and through its authorized Corporate Representative Bill Carter, appeared before the undersigned United States Magistrate Judge to enter a plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take its plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Information (Dkt. 1), the maximum penalties applicable, its constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing and having inquired of the Defendant, its counsel, and the government, finds that there is a factual basis for the

**REPORT AND RECOMMENDATION - 1**

Defendant's guilty plea, that it entered the plea voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant BODYBUILDING.COM, LLC's plea of guilty to Counts One, Two, Three, Four and Five of the Information (Dkt. 1),

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: May 22, 2012.

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE